IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM GUMBY,                          *
                                        *
                    Plaintiff,          *
                                        *
vs.                                     *        No. 4:11CV000340 SWW
                                        *
UPS GROUND FREIGHT INC., ET AL.,        *
                                        *
                    Defendants.         *

### Order

Before the Court is defendants' motion to strike the amended complaint plaintiff filed on November 8, 2011, without leave of Court.  The motion [docket entry 26] is granted.  The Clerk is directed to strike the amended complaint [docket entry 23].

DATED this 15th day of December, 2011.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE