IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| WILLIAM GUMBY, | * |
| Plaintiff, | * |
| vs. | *   No. 4:11CV000340 SWW |
| UPS GROUND FREIGHT INC., ET AL., | * |
| Defendants. | * |

**Order**

Before the Court is plaintiff's motion to compel and for sanctions to which defendants responded. The Court finds the motion should be denied. Plaintiff failed to comply with Local Rule 7.2(g) of this Court which requires that "[a]ll motions to compel discovery . . . shall contain a statement by the moving parties that the parties have conferred in good faith on the specific issue or issues in dispute and that they are not able to resolve their disagreements without the intervention of the Court." While plaintiff's counsel says she in "good faith" sent defense counsel a letter asking for supplements to responses to her requests for production, there is no record that she attempted to resolve the dispute she brings before this Court prior to filing her motion to compel. For example, defense counsel states he learned through plaintiff's motion to compel that plaintiff's counsel did not receive the privilege log defendants sent with defendant UPS's responses to plaintiff's requests for production..

IT IS THEREFORE ORDERED that the motion to compel and for sanctions [docket entry 42] is denied.

DATED this 28th day of February, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE