IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM GUMBY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV000340 SWW |
| | * | |
| UPS GROUND FREIGHT INC., ET AL., | * | |
| | * | |
| Defendants. | * | |

**Order**

The Court has reviewed the privilege log and finds the documents are covered by the attorney-client privilege or work product protection set forth in Fed.R.Evid. 502.

DATED this 10TH day of April, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE