IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DELORES COMSTOCK As Special Administrator of the Estate of WILLIAM GUMBY, | * * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 4:11CV000340 SWW |
| UPS GROUND FREIGHT INC. and ALLEN HOWARD, | * * * | |
| Defendants. | * | |

## Order

Pursuant to the rulings made during a status conference on September 14, 2012, the Court grants in part and denies in part defendant UPS's motion to quash and request for protective order. Plaintiff is directed to prepare an amended Rule 30(b)(6) Notice of Deposition in conformity with the Court's rulings. The Court requests the parties to notify the Court of the date of the deposition. The next status conference is set for Friday, September 21, 2012, at 3:00 p.m.

IT IS THEREFORE ORDERED that the motion to quash [docket entry 125] is granted in part and denied in part.

DATED this 17th day of September, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE