IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA
*ex rel.* LUKE PITCHFORD                                    PLAINTIFF

v.                          No. 4:12-cv-155-DPM

JP MORGAN CHASE BANK, N.A.                        DEFENDANT

ORDER

The United States has declined to intervene in this False Claims Act case. 31 U.S.C. § 3730(b)(4)(B). Pitchford shall serve the complaint, the United States' notice, and this Order on the Defendant. Starting with this Order, the Court's file shall be open and handled in the usual way. But all previous filings (except the complaint and notice) shall remain under seal.

The parties shall serve all future filings on the United States. 31 U.S.C. § 3730(c)(3). On request and payment, the parties shall supply the United States with deposition transcripts. The Court directs the Clerk to send the United States copies of all future orders. If any party moves to dismiss, settle, or otherwise discontinue the case — or any part of the case, then the Court will solicit the United States's view before ruling. 31 U.S.C. § 3730(b)(1).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 October 2012